```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
WONDERLAND NURSERYGOODS CO.,            :
LTD.,                                                              :
:
                        Plaintiff,       :          19-CV-11946 (VSB)
:
    - against -                                              :             **ORDER**
:
:
HALO INNOVATIONS, INC., et al.,             :
:
                        Defendants.     :
:
------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       It has been reported to the Court that this case has settled. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: September 21, 2020
       New York, New York

                                            _____
                                            Vernon S. Broderick
                                            United States District Judge